UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  10-CR-905-LTS

OSCAR RODRIGUEZ,

                                                                                  ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received Mr. Rodriguez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582.  (Docket Entry No. 2356.)  The Government must file its written response to the foregoing application by **January 6, 2021, at 5:00 p.m.**  A complete, unredacted courtesy copy must be provided to Mr. Rodriguez and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply must be filed by **February 3, 20201 at 5:00 p.m.**  Medical and other sensitive personal information may be redacted from the publicly filed submissions, emailed directly to Chambers, and filed under seal.  Counsel must file the redacted portions of the submissions in hard copy with the Clerk of Court, in a sealed envelope along with a copy of this order.

        SO ORDERED.

Dated: New York, New York
        December 11, 2020

                                                                                   /s/ Laura Taylor Swain
                                                                                 LAURA TAYLOR SWAIN
                                                                                 United States District Judge

Copy Mailed to:       Oscar Rodriguez, Reg. #42047-054
                                FCI Fort Dix
                                Federal Corrections Institute
                                P.O. Box 2000
                                Joint Base MDL, NJ 08640