UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                       No. 10-CR-905-LTS-46

                                                                        ORDER

OSCAR RODRIGUEZ,

        Defendant.

-------------------------------------------------------x

        The Court has received Mr. Rodriguez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582.  (Docket entry no. 2444.)  The Government must file its written response to the foregoing application by **June 19, 2024, at 5:00 p.m.**  A complete, unredacted courtesy copy must be provided to Mr. Rodriguez and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply must be filed by **July 17, 2024, at 5:00 p.m.**  The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Rodriguez at the address below.

        SO ORDERED.

Dated: New York, New York
       May 22, 2024

                                                                  /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge

Mail to:

Oscar Rodriguez
Inmate Reg. No. 42047-054
Federal Correction Institution Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640